ISRAEL GARCIA.
PLAINTIFF/PETITIONER/MOVANT'S NAME

P 49483
PRISON NUMBER

CALIPATRIA.
PLACE OF CONFINEMENT

P.O. BOX 5007 CALIPATRIA. CA 92233
ADDRESS

FILING FEE PAID ✓ Yes ☐ No
IFP MOTION FILED ☐ Yes ✓ No
COPIES SENT TO ✓ Court ☐ Pro Se

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

ISRAEL GARCIA.,
    Plaintiff/Petitioner/Movant

    v.

THE PEOPLE OF THE STATE OF CALI
    Defendant/Respondent

Civil No. '08 CV 1307 JAH RBB
VA-050143
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, ISRAEL GARCIA.,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☑ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration CALIPATRIA
    Are you employed at the institution? ☑ Yes ☐ No
    Do you receive any payment from the institution? ☑ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes  ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _NONE_

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _NONE_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes  ☒ No
   d. Disability or workers compensation               ☐ Yes  ☒ No
   e. Social Security, disability or other welfare     ☐ Yes  ☒ No
   e. Gifts or inheritances                            ☐ Yes  ☒ No
   f. Spousal or child support                         ☐ Yes  ☒ No
   g. Any other sources                                ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _NONE_

4. Do you have any checking account(s)?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS separate from checking accounts?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
   a. Make:_____  Year:_____  Model:_____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____
_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ NONE _____
_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): ____
_____ NONE _____
_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): ____
_____ NONE _____
_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. ____
_____ NONE _____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04/03/08
DATE

[signature]
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___GARCIA I___,
(NAME OF INMATE)

___P-49483___,
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at ___Calipatria State Prison___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___100.00___,

and the *average monthly deposits* to the applicant's account was $ ___100.00___.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

___- 6 DEC 2007___
DATE

___[signature]___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___SC Scrivens___
OFFICER'S FULL NAME (PRINTED)

___MC II___
OFFICER'S TITLE/RANK

Attorney Name and Address:

PHONE:_____
\_\_\_\_\_RETAINED   \_\_\_\_\_APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE_____   COURT REPORTER_____

)
)
)
UNITED STATES OF AMERICA )
)
)       NOTICE OF APPEAL   (Criminal)
vs. )
)
)
)
)
_____)

Notice is hereby given that_____,
defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:   (check one)
( ) Final Judgment
( ) Sentence Only (sentence imposed)_____
( ) Order (describe) _____
entered in this proceeding on the_____day of_____. _____
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)   _____Yes   \_\_\_\_x\_\_\_\_No

Date:_____   _____
                                  Signature
Transcripts required*   _____Yes   _____No

Date  ( ) Indictment    ( ) Information Filed:_____
Bail status_____
Will there be a request to expedite the appeal?   _____Yes   _____No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd April 21, 2005 (4:07pm)

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __ISRAEL GARCIA__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

x __04/03/08__                              x __[signature]__
DATE                                           SIGNATURE OF PRISONER

```
               CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIPATRIA STATE PRISON
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 06, 2007

ACCOUNT NUMBER  : P49483              BED/CELL NUMBER: FD0200000000111L
ACCOUNT NAME    : GARCIA, ISRAEL                ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                         TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------     -------      ---------   --------   -----------   -------

06/01/2007   BEGINNING BALANCE                                                  60.00

06/01 W536  COPAY CHARGE    05/30 6587                             5.00         55.00
06/18 D300  CASH DEPOSIT    MRMO  6910               100.00                    155.00
06/18 FC04  DRAW-FAC 4      D-2/606929                           155.00          0.00

                         TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL        CURRENT        HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
 ---------    ---------    -----------    -------      ---------     ------------
    60.00       100.00        160.00         0.00         0.00            0.00



                                                                     CURRENT
                                                                     AVAILABLE
                                                                     BALANCE
                                                                     ---------
                                                                         0.00
```