UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL GARCIA,<br><br>                        Petitioner,<br><br>vs.<br><br>LARRY SMALL, Warden, et al.,<br><br>                        Respondents. | Civil No.   08cv1307-JAH (RBB)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a conviction from the Los Angeles County Superior Court. In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Central District of California, Western Division.

A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here attacks a conviction suffered in the Los Angeles County Superior Court. (Pet. at 1.) That court is located in Los Angeles County, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is presently confined at Calipatria State Prison in Calipatria, California. That prison is located in Imperial County,

1  which is within the jurisdictional boundaries of the United States District Court for the Southern
2  District of California. See 28 U.S.C. § 84(d). Jurisdiction over this Petition thus exists in the
3  Central District, Western Division, and in the Southern District. See 28 U.S.C. § 2241(d).

4  It is generally the practice of the district courts in California to transfer habeas actions
5  challenging a state conviction to the district in which a petitioner was convicted. Any and all
6  records, witnesses and evidence necessary for the resolution of a petitioner's contentions are
7  more readily available in that district. See Braden, 410 U.S. at 497, 499 n.15; Laue v. Nelson,
8  279 F. Supp. 265, 266 (N.D. Cal. 1968). In this case, that district is the Central District of
9  California, Western Division. Therefore, in the furtherance of justice,

10  **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States
11  District Court for the Central District of California, Western Division. See 28 U.S.C. § 2241(d).

12  **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order
13  upon Petitioner and upon the California Attorney General.

15  DATED: July 25, 2008

16  JOHN A. HOUSTON
United States District Judge

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

July 28, 2008

Office of the Clerk
Central District of California, Western Division
312 N. Spring Street
Los Angeles, CA 90012

Re: Garcia v. Small et al, Case No. 08cv1307 JAH (RBB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    W. Samuel Hamrick, Jr.
    Clerk of Court

    By: s/P. Dela Cruz, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: