

cacd_ecfmail@cacd.uscourts.gov
07/28/2008 03:41 PM

To: InterdistrictTransfer_CASD@casd.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

```
CASE: 3:08-cv-01307

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 2:08-cv-04934, filed 07/28/2008.
```